Decided November 3, 1994

DARRYL MCKNIGHT *v.* COMMISSIONER OF CORRECTION

The petitioner Darryl McKnight's petition for certification for appeal from the Appellate Court, 35 Conn. App. 762 (AC 12849), is denied.

BERDON, J., dissenting. I would grant certification on the following issue: "Whether a claim of ineffective assistance of counsel at a probable cause hearing is waived by a guilty plea under the doctrine of *North Carolina* v. *Alford,* 400 U.S. 25 (1970), when the petitioner's decision to enter such a plea could reasonably have been predicated upon the result of the probable cause hearing."

*Neal Cone,* assistant public defender, in support of the petition.

Decided November 4, 1994